UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARYL GRAY, WILLIAM ROBERTSON, AND CHAZ YOUNG,** | * * * | |
| | * | Civil Action No. 23-1430 |
| **Plaintiffs,** | * | |
| | * | Judge: Sarah S. Vance |
| v. | * | |
| | * | |
| **PROGRESSIVE DIRECT INSURANCE COMPANY,** | * * | Magistrate: Judge Karen Wells Roby |
| | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION FOR LIMITED DISMISSAL**

Plaintiffs, Daryl Gray, William Robertson, and Chaz Young, through undersigned counsel on suggesting to the Court that all claims and demands of Plaintiff, Daryl Gray only should be dismissed without prejudice, and each bearing its own costs, while reserving to the remaining Plaintiffs, William Robertson and Chaz Young, all rights and causes of action against Defendant Progressive Direct Insurance Company.

New Orleans, Louisiana, this _____ day of _____, 2023.

Respectfully submitted,

**WRIGHT & GRAY**

**s/**Eric A. Wright_____
**ERIC A. WRIGHT, LA Bar No. 26149**
201 St. Charles Avenue Suite 2710
New Orleans, LA 70170
Telephone: (504) 500-0000
Facsimile: (504) 324-0445
Eric@wrightgray.com
*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will deliver a true and accurate copy of the same to all counsel of record this 17th day of November, 2023.

**/s/ Eric A. Wright_____**
Eric A. Wright