UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL GRAY, WILLIAM ROBERTSON, AND CHAZ YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 23-1430<br><br>Judge: Sarah S. Vance<br><br>Magistrate: Judge Karen Wells Roby |

*************************************************************************

## ORDER OF LIMITED DISMISSAL

Considering the foregoing, IT IS ORDERED that all claims and demands of Plaintiff Daryl Gray against Defendant Progressive Direct Insurance Company are hereby dismissed without prejudice and each bearing its own costs, while reserving to the remaining Plaintiffs, William Robertson and Chaz young, all rights and causes of action against Defendant Progressive Direct Insurance Company.

New Orleans, Louisiana, this __20th__ day of November, 2023.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE